**STATE v. BOYD**

[366 N.C. 210 (2012)]

STATE OF NORTH CAROLINA )

v.          )          From Orange County

BRYANT LAMONT BOYD )

No. 354P11

(Filed 14 June 2012)

## ORDER

The State's Petition for Discretionary Review is allowed for the limited purpose of remanding to the Court of Appeals for application of plain error review pursuant to *State v. Lawrence*, —— N.C. ——, 723 S.E.2d 326 (2012). The State's Petition for Writ of Supersedeas is denied and defendant's Conditional Petition for Discretionary Review is dismissed as moot.

By order of the Court in Conference, this 13th day of June 2012.

s/Martin, J.
For the Court